# Third District Court of Appeal
## State of Florida

Opinion filed February 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2396
Lower Tribunal Nos. F04-12958, F03-9000
_____

**Michael Quattrocchi,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Michael Quattrocchi, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and LINDSEY and HENDON, JJ.

PER CURIAM.

Affirmed.